I CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/2/2010

_____
DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
FEB - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BALTIERRA,<br><br>    Petitioner,<br><br>vs.<br><br>JOHN MARSHALL (Warden),<br><br>    Respondent. | Case No. CV 09-5911-JSL (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; and (2) Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED:  Feb. 1, 2010

                 *Spencer Letts*
                _____
                J. SPENCER LETTS
                SENIOR UNITED STATES DISTRICT JUDGE