I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/2/2010

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BALTIERRA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>JOHN MARSHALL (Warden),<br><br>　　　　　Respondent. | Case No. CV 09-5911-JSL (RNB)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED:　Feb 1, 2010

　　　　　　　　　　　　　　　　Spencer Letts
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY